UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 APR 28 A 10: 23

| | |
|---|---|
| THOMAS FRAZIER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action |
| ) | No. 40048-NMG |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**GOVERNMENT'S MOTION TO ENLARGE TIME FOR FILING RESPONSE**

The United States of America, by its attorneys Michael J. Sullivan, United States Attorney for the District of Massachusetts and Assistant U.S. Attorney Heidi E. Brieger, hereby moves to enlarge the time within which the government must file a response in the above-captioned Civil Action from April 27, 2004, to and including May 21, 2004.

As grounds for this Motion, the government states that additional time is necessary to assemble and review the

information necessary in order to draft the government's

Response.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By: /s/ Heidi E. Brieger
>―――――――――――――――――
>HEIDI E. BRIEGER
>Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

This is to certify that I have this day served upon Thomas Frazier, No. 80075-038, F.C.I. Ray Brook, P.O. Box 9002, Ray Brook, NY, 12977, a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

This 27th day of April, 2004.

/s/ Heidi E. Brieger
―――――――――――――――――
HEIDI E. BRIEGER
Assistant U.S. Attorney