UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS FRAZIER,            )
                           )
            Petitioner,    )
                           )
       v.                  )
                           ) Civil Action
UNITED STATES OF AMERICA,  ) No. 40048-NMG
                           )
                           )
            Respondent.    )

**GOVERNMENT'S MOTION TO ENLARGE TIME FOR FILING RESPONSE**

The United States of America, by its attorneys Michael J. Sullivan, United States Attorney for the District of Massachusetts and Assistant U.S. Attorney Heidi E. Brieger, hereby moves to enlarge the time within which the government must file a response in the above-captioned Civil Action from May 21, 2004, to and including June 4, 2004.

As grounds for this Motion, the government states that additional time is necessary to assemble and review the

information necessary in order to draft the government's Response.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Heidi E. Brieger
HEIDI E. BRIEGER
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon Thomas Frazier, No. 80075-038, F.C.I. Ray Brook, P.O. Box 9002, Ray Brook, NY, 12977, a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

This 21st day of May, 2004.

/s/ Heidi E. Brieger
HEIDI E. BRIEGER
Assistant U.S. Attorney