UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS FRAZIER,  )
  )
           Petitioner,  )
  )
     v.  ) Civil Action
  ) No. 40048-NMG
UNITED STATES OF AMERICA,  )
  )
           Respondent.  )

**GOVERNMENT'S MOTION TO ENLARGE TIME FOR FILING RESPONSE**

The United States of America, by its attorneys Michael J. Sullivan, United States Attorney for the District of Massachusetts and Assistant U.S. Attorney Heidi E. Brieger, hereby moves to enlarge the time within which the government must file a response in the above-captioned Civil Action from June 4, 2004, to and including July 9, 2004.

As grounds for this Motion, the government states that Frazier's Petition arises from a state conviction that was vacated by a Judge Snyder of the Dudley District Court. The factual basis for the district court's action on Frazier's conviction is important to the determination as to the timeliness of the instant petition. The government, including the United States Probation Office has been unable as of the date of this filing adequately to determine the factual basis for the district court's action.

The government therefore needs additional time to address

this issue and to assemble the district court's records for the preparation of its response.

The government's response date in the instant matter is further affected by the fact that the undersigned Assistant U.S. Attorney is beginning a trial in the matter of <u>United States v. Roberson</u>, Criminal No. 03-10141-GAO, on June 28, 2004.

Accordingly, the government respectfully requests the continuance in this matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
HEIDI E. BRIEGER
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon Thomas Frazier, No. 80075-038, F.C.I. Ray Brook, P.O. Box 9002, Ray Brook, NY, 12977, a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

This 9th day of June, 2004.

_____
HEIDI E. BRIEGER
Assistant U.S. Attorney