UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS FRAZIER,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

Civil Action
No. 40048-NMG

## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME

**COMES NOW I, Thomas Frazier, (hereinafter Defendant)** The Defendant in the above captioned criminal action, and does so object to Plaintiff's (Government) Motion for Extension of time.

Defendant Thomas Fraziez moves this Honorable Court to deny Plaintiff's Motion for Extension of Time and determine Defendant's Thomas Frazier, upon the pleadings filed and now before the Court.

In support of denying Plaintiff's any further Extensions of time to respond to Defendant's Thomas Frazier, defendant avers the following:

    1. Defendant is entitled to timely judicial disposition of all matters pendind before this Honorable Court.

    2. The Federal Rules of Civil Procedure, in conjunction with the Fifth Amendment of the Bill of Rights to the United States Constitution, both establish and protect against violations of due process in matters of law.

    3. Plaintiff has not stated any justying facts, which would sustain their burden of showing "for good cause", why Plaintiff should be granted any further extention of time to respond to Defendant's Thomas Frazier.

1

4. Plaintiff's have been previously granted three (3), extensions of time, to provide a response to Defendant's Thomas Frazier.

5. Granting Plaintiff's any further extensions to respond to Defendant's Thomas Frazier, would serve to violate the principles of fairness, justice, and the due process of law.

6. The most significant reason Plaintiff advances as a "for good cause" basis to grant a further extension of time, to procure records Plaintiff's have not been able to acquire which Defendant has been able to secure [while confined in prison], simply flys in the face of the facts and is without merits.

**Wherefore,** based upon the foregoing , Defendant objects to Plaintiff's Motion for Extension of Time, and prays that this Honorable Court to deny any further extension of time to respond to Defendants Thomas Frazier and rule upon Defendant's Thomas Frazier Motion accordingly.

June  16    , 2004.

                                              Respectfully Presented

                                              Thomas Frazier, Pro-se
                                              Reg, No. 80075-038
                                              FCI-RAYBROOK
                                              P.O. Box 9002
                                           RAYBROOK, NY 12977