UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS FRAZIER, )
)
Petitioner, )
)
v. ) Civil Action
) No. 40048-NMG
UNITED STATES OF AMERICA, )
)
Respondent. )

**GOVERNMENT'S MOTION TO ENLARGE TIME FOR FILING RESPONSE**

The United States of America, by its attorneys Michael J. Sullivan, United States Attorney for the District of Massachusetts and Assistant U.S. Attorney Heidi E. Brieger, hereby moves to enlarge by two weeks the time within which the government must file a response in the above-captioned Civil Action from July 16, 2004, to and including July 30, 2004.

As grounds for this Motion, the government states that the Government's Response is affected by the Court's decision in United States v. Blakely, 2004 WL 1402697 (June 24, 2004). Accordingly, the government requires additional time to review the law, and harmonize its Response with developing Department of Justice policies.

Accordingly, the government respectfully requests an additional two weeks to finalize its Response in the above-

captioned matter.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                        By: _____
                                        HEIDI E. BRIEGER
                                        Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon Thomas Frazier, No. 80075-038, F.C.I. Ray Brook, P.O. Box 9002, Ray Brook, NY, 12977, a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

This 16th day of July, 2004.

                                        _____
                                        HEIDI E. BRIEGER
                                        Assistant U.S. Attorney