UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS FRAZIER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action |
| | ) No. 40048-NMG |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**GOVERNMENT'S MOTION TO ENLARGE TIME FOR FILING RESPONSE**

The United States of America, by its attorneys Michael J. Sullivan, United States Attorney for the District of Massachusetts and Assistant U.S. Attorney Heidi E. Brieger, hereby moves to enlarge the time within which the government must file a response in the above-captioned Civil Action from July 9, 2004, to and including July 16, 2004.

As grounds for this Motion, the government states that the undersigned Assistant U.S. Attorney is on trial in the matter of United States v. Roberson, Criminal No. 03-10141-GAO, which is likely to end on July 12, 2004.

Accordingly, the government respectfully requests an additional week to finalize its Response in the above-captioned

matter.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

                          By: /s/ Heidi E. Brieger
                          HEIDI E. BRIEGER
                          Assistant U.S. Attorney


### CERTIFICATE OF SERVICE

This is to certify that I have this day served upon Thomas Frazier, No. 80075-038, F.C.I. Ray Brook, P.O. Box 9002, Ray Brook, NY, 12977, a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

This 9th day of July, 2004.

                          /s/ Heidi E. Brieger
                          HEIDI E. BRIEGER
                          Assistant U.S. Attorney