# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Thomas Frazier
      Plaintiff

   V.

United States of America
      Defendant

CIVIL ACTION

NO.  04-40048- NMG

## ORDER OF DISMISSAL

Gorton,   D. J.

In accordance with the Court's Memorandum and Order dated  2/1/05  dismissing motion to vacate, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

2/10/05
Date

/s/ Craig J. Nicewicz
Deputy Clerk

(Dismissal Memo.wpd  - 12/98)  [odism.]