IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 14 P 3:58

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES OF AMERICA )
        Respondent, )
 )
vs. ) Civil Action No.#4:04-cv-40048-NMG
 )
THOMAS FRAZIER )
Defendant/Petitioner. )

## NOTICE OF APPEAL

**COMES NOW,** Thomas Frazier, refer to here on as "defendant" in Pro-se who most respectfully moves the U.S. District Clerk to forward the defendant Notice of Appeal to the U.S. Court of Appeal for the 1st Circuit of Massachusetts, for my Motion which was dismiss on 2/2/2005 for Motion to Vacate, Set Aside, or Correct Sentence Pursuant to Title 28, United States Code, Section 2255.

**WHEREFORE,** for the foregoing reason, the defendant respectfully prays that the U.S. District Court Clerk, MR. Craig Nicewicz, forward the defendant Notice of Appeal, to the 1st Circuit of Massachusetts.

Respectfully Submitted,

Thomas Frazier, Pro-se
Reg.#80075-038
FCI-RAYBROOK
P.O. Box 9002
RAYBROOK, NY 12977

(1)