IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 14 P 3:58

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Respondent, | )<br>)<br>) |
| vs. | ) Civil Action No.#4:04-cv-40048-NMG<br>)<br>) |
| THOMAS FRAZIER<br>Defendant/Petitioner. | )<br>) |

## REQUESTING APPOINTMENT OF COUNSEL PURSUANT TO TITLE 18 §3006(A)

**COMES NOW, Thomas Frazier,** refer to here on as "defendant" in Pro-se who most respectfully moves this Honorable Court to grant the request of the defendant for appointment of counsel under Title 18 § 3006(A), to assistance the defendant in his appeal in the United States Court of Appeal, for the 1st Circuit of Massachusetts.

**WHEREFORE,** for the foregoing reason, the defendant respectfully prays that the U.S. District Court Clerk, MR. Craig Nicewicz, forward the defendant request for appointment of counsel Pursuant to title 18 § 3006(A), to the 1st Circuit Court of Appeal of Massachusetts.

Defendant are requesting Attorney, Bruce Green to represent him do to that was his Appellant counsel.

Respectfully Submitted,

*Thomas Frazier*
Thomas Frazier, Pro-se
Reg.#89975-038
FCI-RAYBROOK
P.O. Box 9002
RAYBROOK, NY 12977

(1)