# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-40048

Thomas Frazier

v.

United States of America

## CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/14/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 25, 2005.

Tony Anastas, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/25/05

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Worcester)
# CIVIL DOCKET FOR CASE #: 4:04-cv-40048-NMG

Frazier v. United States of America
Assigned to: Judge Nathaniel M. Gorton
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 04/05/2004
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Thomas Frazier**     represented by   **Thomas Frazier**
80075-038
FCI-Raybrook
PO Box 9002
Raybrook, NY 12977
PRO SE

V.

**Respondent**

**United States of America**    represented by   **Heidi E. Brieger**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3293
Fax: 617-748-3358
Email: heidi.brieger@USDOJ.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/05/2004 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255), filed by Thomas Frazier.(Jones, Sherry) (Entered: 04/05/2004) |
| 04/06/2004 |  | ***Attorney Heidi E. Brieger for United States of America added. (Castles, Martin) (Entered: 04/06/2004) |
| 04/06/2004 | 2 | Judge Nathaniel M. Gorton : ORDER entered SERVICE ORDER re 2255 Motion. Order entered pursuant to R.4 of the Rules governing Section 2255 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order. (cc/cl) (Castles, Martin) Modified on 4/7/2004 (Hassett, Kathy). (Entered: 04/06/2004) |
| 04/28/2004 | 3 | MOTION for Extension of Time to May 21, 2004 to File Answer re 1 Motion to Vacate/Set Aside/Correct Sentence (2255) by United States of America, c/s. (Jones, Sherry) (Entered: 04/28/2004) |
| 04/28/2004 |  | Judge Nathaniel M. Gorton : Electronic ORDER entered by the court granting 3 Motion for Extension of Time to Respond for the United States of America. (cc/cl) (Castles, Martin) Modified on 4/29/2004 (Hassett, Kathy). (Entered: 04/28/2004) |
| 05/24/2004 | 4 | MOTION for Extension of Time to June 4, 2004 to File Response/Reply by United States of America, c/s. (Hassett, Kathy) (Entered: 05/24/2004) |
| 05/25/2004 |  | Judge Nathaniel M. Gorton : Electronic ORDER entered by the court granting 4 Motion for Extension |

| | | |
|---|---|---|
| | | of Time to File Response. Response due by 6/4/2004. (cc/cl) (Castles, Martin) (Entered: 05/25/2004) |
| 06/10/2004 | 5 | MOTION for Extension of Time to July 9, 2004 to File Answer re 1 Motion to Vacate/Set Aside/Correct Sentence (2255) by United States of America, c/s. (Hassett, Kathy) (Entered: 06/10/2004) |
| 06/21/2004 | 6 | Opposition re 5 MOTION for Extension of Time to July 9, 2004 to File Answer re 1 Motion to Vacate/Set Aside/Correct Sentence (2255) filed by Thomas Frazier. (Jones, Sherry) (Entered: 06/21/2004) |
| 06/24/2004 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 5 Motion for Extension of Time to Answer United States of America. (cc/cl) (Castles, Martin) (Entered: 06/24/2004) |
| 07/09/2004 | 7 | MOTION for Extension of Time to 7/16/04 to File Response/Reply by United States of America.(Smith3, Dianne) (Entered: 07/19/2004) |
| 07/16/2004 | 8 | MOTION for Extension of Time to 7/30/04 to File Response/Reply as to 1 Motion to Vacate/Set Aside/Correct Sentence (2255) by United States of America.(Smith3, Dianne) (Entered: 07/20/2004) |
| 07/21/2004 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 7 Motion for Extension of Time to File Response/Reply, granting 8 Motion for Extension of Time to File Response/Reply (Nicewicz, Craig) (Entered: 07/21/2004) |
| 07/29/2004 | 9 | RESPONSE to 1 Motion to Vacate/Set Aside/Correct Sentence (2255) filed by United States of America. (Smith3, Dianne) (Entered: 08/03/2004) |
| 08/27/2004 | 10 | Reply by Thomas Frazier to 9 Government's Response to Motion to vacate, c/s. (Jones, Sherry) (Entered: 08/27/2004) |
| 02/01/2005 | 11 | Judge Nathaniel M. Gorton : ORDER entered. |

| | | |
|---|---|---|
| | | MEMORANDUM AND ORDER. Case is dismissed. cc/cl(Barrette, Mark) (Entered: 02/02/2005) |
| 02/10/2005 | 12 | Judge Nathaniel M. Gorton : Electronic ORDER entered. ORDER DISMISSING CASE cc/cl (Nicewicz, Craig) (Entered: 02/10/2005) |
| 02/14/2005 | 13 | NOTICE OF APPEAL as to 11 Memorandum & ORDER by Thomas Frazier. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/7/2005. (Barrette, Mark) (Entered: 02/15/2005) |
| 02/14/2005 | 14 | MOTION to Appoint Counsel by Thomas Frazier. (Barrette, Mark) (Entered: 02/15/2005) |