IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED OF AMERICA,  )
    Plaintiff,  )  Case No. 5-1270
vs.  )
THOMAS FRAZIER  )  CA 04-40048 NMG
    Defendant.  )

*filed stamp: CLERKS OFFICE, 2005 MAR 22 A 11: 22, U.S. DISTRICT COURT, DISTRICT OF MASS*

## APPLICATION FOR APPOINTMENT OF COUNSEL

COMES NOW Thomas Frazier, and states to the court as follows;

1. That he has filed herein a Section 2255 Motion to Correct, Vacate or Modify Sentence.

2. That he is indigent and without funds to prosecute this motion.

3. That he requests that this court appoint a lawyer to represent him in this motion.

4. That requests that he be appointed counsel to be represent on his appeal.

Respectfully submitted,

*(signature)*
Thomas Frazier
Reg. #80075-038
FCI-RAYBROOK
P.O. Box 9002
RAYBROOK, NY 12977

(1)