IN THE UNITED STAES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Thomas Frazier                    :
    (Movant)                                    Civil Action No.
                                  :
        v.                                      04-40048-NMG
                                  :
United States                     :
    (respondent)                  :

## MOTION TO PROCEED IN FORMA PAUPERIS, PURSUANT TO TITLE 28 U.S.C.1915

Comes now, The Movant, Thomas Frazier, and moves this Honerable Honerable Court grant him leave, to proceed in Forma Pauperis in the filing of the"Motion for the issuance of a Certificate of Appeal-ability", (COA),(motion to extend the time for filing(COA) as per instructions received from the U.S. Court of Appeals for the First Circuit.

Included, is an "Affidavit of Indigency", plus six month Account statement obtained from the Staff here at FCI Ray Brook, and all is submitted in good faith, and offered up as proof of the Movant's inability to pay any filing feas, for the prosecution of this action.

I THOMAS FRAZIER, THE MOVANT IN THIS ACTION, DO HEREBY SWEAR UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING FACTS/CLAIMS ARE TRUE AND CORRECT PURSUANT TO TITLE 28 U.S.C. 1746, AND DO SO SIGN TO ON THIS ___DAY OF MARCH,2005.


Thomas Frazier#80075-038
FCI Ray Brook Box 9002
Ray Brook, New York 12977


cc:First Circuit Court of Appeals

