UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Thomas Frazier                    :    Civil Action NO.04-40048-NMG
    (Movant)
        v.                           :

United States                     :
    (Respondent)                  :

## CERTIFICATE OF SERVICE

    I Thomas Frazier, hereby certify that on this ___ day of March, 2005 I did personally placed in the hands of a Federal Corrections Officer for mailing by U.S. Mail, first class, and by Certified, registered Mail, one original and ___ copies of the following numbered Items to The District Court for the District of Massachusetts, and did serve the same to the United States Attorney for the said Court.

1. Petition to extend time to file breif in support of issuance of "Certificate of Appealability."

2. Motion to proceed in Forma Pauperis, plus Affidavit of indigency and six month Account statement.(Inmate account)

**SWORN TO UNDER PENALTY OF PERJURY, 28 U.S.C. 1746 ON THIS ___ DAY OF MARCH, 2005 BY THE UNDERSIGNED.**

_____
Thomas Frazier #80075-038
FCI Ray Brook Box 9002
Ray Brook, New York 12977