*04-40048*
*USDCMA*
*Judge Gorton*

# MANDATE

# United States Court of Appeals
### For the First Circuit

No. 05-1270

THOMAS FRAZIER,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

Before

Boudin, Chief Judge,
Selya, Senior Circuit Judge,
and Lipez, Circuit Judge.

JUDGMENT

Entered: February 8, 2007

The judgment of the district court is <u>affirmed</u> essentially for the reasons stated in its Order of February 1, 2005. See 1st Cir. R. 27.0(c). The court denied resentencing on a record devoid of evidence that the second assault and battery conviction had been vacated. Its decision was plainly correct. In fact, when petitioner asked for more time to apply for a certificate of appealability (COA), he conceded that the court "correctly held that only one of the prior convictions were vacated; thus, the petitioner's sentence would not be [a]ffected."

In a proceeding under 28 U.S.C. § 2255, only "the final order shall be subject to review, on appeal, by the court of appeals . . . ." § 2253(a). Our task is at an end. We cannot consider the new evidence that petitioner mentioned for the first time in his post-judgment COA application. It may be that such evidence can only be presented in a second or successive § 2255 petition, subject to this court's certification that the petition can proceed. See Muñoz v. United States, 331 F.3d 151 (1st Cir. 2003);

§ 2255 ¶ 8; § 2244(b)(2).

Not wishing to encourage false hopes, we add that we doubt petitioner can make even a prima facie showing that his new evidence "could not have been discovered previously through the exercise of due diligence." § 2244(b)(2)(B)(i). He had ample time to take care of unfinished business before filing the first petition.

<u>Affirmed</u>. The motions to appoint counsel and expedite appeal are <u>denied</u> as moot.

          By the Court:

          Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*M. [signature]*
Deputy Clerk
Date: 4/3/07

By: _____
   MARGARET CARTER
   Chief Deputy Clerk.

[cc: Thomas Frazier, Heidi Breiger, AUSA,
  Dina Michael Chaitowitz, AUSA]